UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAMON LEWIS on behalf of himself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:19-cv-04389-JPH-DML ) |
| CORNERSTONE SUPPORT SERVICES, LLC, | ) ) ) ) |
| Defendant. | ) |

**ORDER DISMISSING CASE**

On February 25, 2020, the Court ordered Plaintiff to show cause by March 27, 2020 why this case should not be dismissed for failure to prosecute. Dkt. 7. He has not responded. The Court therefore **DISMISSES this case**. Because of the early stage of this case, the dismissal is **without prejudice**. *See Hill v. United States*, 762 F.3d 589, 591 (7th Cir. 2014). Final judgment will issue by separate entry.

**SO ORDERED.**

Date: 4/13/2020

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

DAMON LEWIS
144 S. Diplomat Ct.
Beech Grove, IN 46107