UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DAMON LEWIS on behalf of himself and others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) CORNERSTONE SUPPORT SERVICES, ) LLC, ) ) Defendant. ) | No. 1:19-cv-04389-JPH-DML |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendant and against Plaintiff. This action is dismissed without prejudice.

Date: 4/13/2020

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Laura A. Briggs, Clerk

By: _Pam Pope_
Deputy Clerk, U.S. District Court

Distribution:

DAMON LEWIS
144 S. Diplomat Ct.
Beech Grove, IN 46107